# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| DERRICK WARREN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-45 |
| | * | |
| v. | * | |
| | * | |
| JULIAN BRANTLEY, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's July 6, 2016 Report and Recommendation, dkt. no. 4, to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED** as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this ___ day of _____, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)